IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00298-MSK-SKC

MATTHEW HUPPERTS, on behalf of himself and all others similarly situated,

   Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation, and DOES 1-5

   Defendants.

## STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree to the dismissal of this action, with prejudice as to Plaintiff Matthew Hupperts and without prejudice as to the putative class, with each party to bear its or his own costs, attorney fees, and expenses.

| | |
|---|---|
| Dated: August 22, 2019 | Respectfully submitted, |

| | |
|---|---|
| *s/ Behram V. Parekh* | *s/ Evan Bennett Stephenson* |
| Joshua Fields | Evan Bennett Stephenson |
| Behram V. Parekh | Kayla L. Scroggins-Uptigrove |
| Kirtland & Packard LLP | Wheeler Trigg O'Donnell LLP |
| 1638 South Pacific Coast Highway | 370 Seventeenth Street, Suite 4500 |
| Redondo Beach, CA 90277 | Denver, CO 80202-5647 |
| Telephone: 310.536.1000 | Telephone: 303.244.1800 |
| Facsimile: 310.536.1101 | Facsimile: 303.244.1879 |
| | Email: stephenson@wtotrial.com |
| | scroggins@wtotrial.com |
| Brett N. Huff | |
| Huff & Leslie, LLP | |
| 2480 Gray Street | |
| Edgewater, CO 80214 | |
| Telephone: 303.232.3622 | |
| Facsimile: 303.274.0638 | |
| | |
| Attorneys for Plaintiff Matthew Hupperts | Attorneys for Defendant State Farm Mutual Automobile Insurance Company |